Opinion filed February 16, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed February 16, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-03-00336-CV 

                                                    __________

 

                                TEXAS MOTO-PLEX, INC., Appellant

 

                                                             V.

 

                        JOHN
PHELPS AND BRYCE HAWK, Appellees

 



 

                                         On
Appeal from the 268th District Court

 

                                                      Fort
Bend County, Texas

 

                                            Trial
Court Cause No. 01-CV-122108

 



 

                         MEMORANDUM
OPINION ON NOTICE OF REMITTITUR

On February 9, 2006, Bryce Hawk filed in this
court a notice that he was remitting his punitive damage award from $75,000 to
$9,000 in compliance with this court=s
opinion of February 2, 2006.  Hawk=s notice of remittitur
is accepted.   The judgment of the trial
court is modified to reflect that Bryce Hawk recover from Texas Moto-Plex, Inc. punitive damages in the amount of
$9,000.  As modified, the judgment of the
trial court is affirmed.

 

TERRY McCALL

February
16, 2006                                                                   JUSTICE

Panel consists of: Wright, C.J., and McCall, J.

W. G. Arnot III retired effective July
31, 2005, and is, therefore, not participating.